UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

This Document Relates To:

*Michele M. Greenstein, et al v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 12-cv-10021-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Defendant's Motion to Show Cause why Case Should not be Dismissed with Prejudice for Failure to Comply with CMO 61.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case and granting defendant's Motion entered on February 26, 2014, the above captioned case is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
      **Deputy Clerk**

**Dated:** March 3, 2014

Digitally signed by
David R. Herndon
Date: 2014.03.03
16:24:34 -06'00'

**APPROVED:**
     **CHIEF JUDGE**
     **U. S. DISTRICT COURT**